requires particularly stringent review of the court's action. *Hunter v. Earthgrains Co. Bakery,* 281 F.3d 144, 153 (4th Cir. 2002). Here, the fact that the district court did not comply with the procedural notice requirements of Rule 11 coupled with the late date at which sanctions were imposed convinces us that the district court's order imposing sanctions should be vacated.[2]

### CONCLUSION

For the reasons stated herein, we conclude that the district court's order dismissing several of Bass' claims was proper, that its grant of summary judgment was likewise correct, and that it did not abuse its discretion in awarding costs and attorneys' fees. Because it failed to comply with the procedural requirements of Rule 11, however, we vacate its order imposing sanctions.

*AFFIRMED IN PART; VACATED IN PART*

Murray Jules Fogler (argued), Paul J. Franzetti, McDade Fogler Maines, Houston, TX, for Appellee.

Before KING, Chief Judge, DAVIS, Circuit Judge, and ROSENTHAL *, District Judge.

PER CURIAM:

AFFIRMED on the basis of the district court opinion, *ICM Notes, Ltd. v. Andrews & Kurth, L.L.P.,* 278 B.R. 117 (S.D.Tex. 2002).

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald Keith BURTON, Defendant–**
**Appellant.**

No. 02–60428.

United States Court of Appeals,
Fifth Circuit.

March 12, 2003.

**In Re: ICM NOTES LTD., Debtor.**

**ICM Notes Ltd., Appellant,**

v.

**Andrews & Kurth, LLP, Appellee.**

No. 02–20628.

United States Court of Appeals,
Fifth Circuit.

March 11, 2003.

William T. Green, III (argued), Houston, TX, for Appellant.

---

**2.** Bass' counsel filed a letter objecting to DuPont's submission of a document in supplement of the record. Specifically, Bass objects to a document filed by DuPont in response to a request from this court regarding the briefing in the district court of the Rule 11 sanctions motion. We construe Bass' "objection" as a motion to strike and we deny the motion as moot in light of our decision to vacate the Rule 11 sanctions.

* District Judge of the Southern District of Texas, sitting by designation.